# CIVIL CAUSE FOR STATUS CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 9/9/2020  TIME: 4:02 PM  TIME IN COURT: 10 Mins.

CASE: **Tortomas v. Pall Corporation**
**2:18-cv-05098-JMA-SIL**

APPEARANCES:  For Plaintiff:  Steven John Moser

For Defendant:  Anshel Joel Kaplan, Gina Renee Merrill

FTR:

**FILED**
**CLERK**
9/9/2020 4:24 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
  Moving papers served by:
  Response:
  Reply:
  - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ A further telephone conference is scheduled for             and will be conducted through the AT&T teleconference center.  Parties shall dial 1-877-873-8017 and enter access code 4785432# at the prompt.
- ☒ Other:  The Court directs that Counsel for Plaintiff and Counsel for Defendant shall confer with their respective clients and file a letter on ECF by 9/18/2020 as to how they intend to proceed with this action.