

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

gmerrill@seyfarth.com
T (212) 218-4648

www.seyfarth.com

September 18, 2020

**VIA ECF**

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   Tortomas v. Pall Corp., 18-cv-5098 (E.D.N.Y)

Dear Judge Azrack:

    This firm is counsel for defendant Pall Corporation ("Pall") in the above-referenced action. In accordance with Court's September 9 Order (Dkt. No. 24), Pall and Plaintiff Barbara Tortomas conferred with our respective clients and Pall writes to advise the Court that the parties have agreed to a mutual dismissal of claims with prejudice.

    We thank the Court for its efforts in helping effectuate this resolution.

Respectfully submitted,

SEYFARTH SHAW LLP


*/s/ Gina Merrill*


Gina Merrill
Anshel Joel Kaplan