FILED
CLERK
12/22/2020 4:21 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA J. TORTOMAS,<br><br>Plaintiff,<br><br>- against -<br><br>PALL CORPORATION,<br><br>Defendant. | No. 18 CV 5098 (JMA)(SIL)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Barbara J. Tortomas and Defendant Pall Corporation (the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree that all claims between the Parties have been amicably resolved and this action shall be DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees, expenses and costs.

_____
Gina R. Merrill
Anshel Joel Kaplan
Seyfarth Shaw LLP
620 8th Avenue, 32nd Floor
New York, New York 10018
T:  212-218-5500
F:  212-218-5526
E: gmerrill@seyfarth.com
E:  akaplan@seyfarth.com

**ATTORNEYS FOR DEFENDANTS**

Dated: November 16, 2020

_____
Steven J. Moser, Esq.
Moser Law Firm, P.C.
5 East Main Street
Huntington, NY  11743
T: 516-671-1150
F: 516-882-5420
E: smoser@moseremploymentlaw.com

**ATTORNEYS FOR PLAINTIFF**

\_\_\_\_\_/s/ (JMA)_____
Joan M. Azrack
United States District Judge

The Clerk of Court is directed to close this case.